# IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF,<br><br>    Plaintiffs,<br><br>v.<br><br>ALI CHOUDHRI,<br><br>    Defendant. | Adv. Pro. No. 24-1003 |
| MOKARAM-LATIF WEST LOOP, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>ALI CHOUDHRI AND ANGEL VALLE,<br><br>    Defendants,<br><br>v.<br><br>ALI MOKARAM,<br><br>    Intervenor. | Adv. Pro. No. 24-1004 |
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF,<br><br>    Plaintiffs,<br><br>v.<br><br>ALI CHOUDHRI,<br><br>    Defendant. | Adv. Pro. No. 24-1005 |

1

|  |  |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD., <br><br> Plaintiff, <br><br> V. <br><br> ALI CHOUDHRI AND ANGEL VALLE, <br><br> Defendants, <br><br> v. <br><br> ALI MOKARAM, <br><br> Intervenor. | Adv. Pro. No. 24-1006 |

**CHOUDHRI'S SUBMISSION OF STATE COURT FILE – PART 1
AND REQUEST THAT COURT TAKE JUDICIAL NOTICE OF VOLUMINOUS EXHIBITS
ON FILE IN ADVERSARY PROCEEDINGS 24-1003 IN ADVERSARY PROCEEDINGS 24-
1004, 24-1005 AND 24-1006**

Now comes Ali Choudri ("Choudhri" herein) who files this Submission of Part 1 of the state court file as required for Removal. Choudhri is continuing to gather and select the live pleadings and items in the voluminous state court file that are germaine to the removed adversary proceedings and reserves the right to supplement this submission. Note that some items from the state court file were rejected by PACER as containing code that prevented their acceptance. Choudri has assigned a team to copy the entirety of the state court files' contents and intends to submit them to this court upon completion of such task.

Dated August 1, 2024.

Respectfully submitted,

**/s/ Finis Cowan**
Texas Bar No. 04912100

One Greenway Plaza, Suite 100
Houston, Texas 77046
Telephone: 713-582-6066
Email: Finis@FinisCowan.com
Service: Service@TexasDebtDefense.com

**CERTIFICATE OF SERVICE**

I certify that on August 1, 2024, I served the attached service list by PACER efiling.

                                              */s/ Finis Cowan*
                                              Finis Cowan