## IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF,<br><br>    Plaintiffs,<br><br>v.<br><br>ALI CHOUDHRI,<br><br>    Defendant. | Adv. Pro. No. 24-1003 |
| MOKARAM-LATIF WEST LOOP, LTD.,<br><br>    Plaintiff,<br><br>v.<br><br>ALI CHOUDHRI AND ANGEL VALLE,<br><br>    Defendants,<br><br>v.<br><br>ALI MOKARAM,<br><br>    Intervenor. | Adv. Pro. No. 24-1004 |
| MOKARAM-LATIF WEST LOOP, LTD. AND OSAMA ABDULLATIF,<br><br>    Plaintiffs,<br><br>v.<br><br>ALI CHOUDHRI,<br><br>    Defendant. | Adv. Pro. No. 24-1005 |

1

|  |  |
|---|---|
| MOKARAM-LATIF WEST LOOP, LTD., <br><br>    Plaintiff, <br><br>V. <br><br>ALI CHOUDHRI AND ANGEL VALLE, <br><br>    Defendants, <br><br>v. <br><br>ALI MOKARAM, <br><br>    Intervenor. | Adv. Pro. No. 24-1006 |

### CHOUDHRI'S SUBMISSION OF STATE COURT FILE – PART 1 AND REQUEST THAT COURT TAKE JUDICIAL NOTICE OF VOLUMINOUS EXHIBITS ON FILE IN ADVERSARY PROCEEDINGS 24-1003 IN ADVERSARY PROCEEDINGS 24-1004, 24-1005 AND 24-1006

Now comes Ali Choudri ("Choudhri" herein) who files this Submission of Part 1

of the state court file as required for Removal. Choudhri is continuing to gather and select

the live pleadings and items in the voluminous state court file that are germaine to the

removed adversary proceedings and reserves the right to supplement this submission.


Dated August 1, 2024.


Respectfully submitted,

**/s/ Finis Cowan**
Texas Bar No. 04912100
One Greenway Plaza, Suite 100
Houston, Texas 77046
Telephone: 713-582-6066
Email: Finis@FinisCowan.com
Service: Service@TexasDebtDefense.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on August 1, 2024, I served the attached service list by PACER efiling.

*/s/ Finis Cowan*
Finis Cowan